Elisabeth Blattner-Thompson, Esq. (#5257)
Erin Middleton, Esq. (#10666)
BALLARD SPAHR LLP
One Utah Center, Suite 800
201 South Main Street
Salt Lake City, Utah 84111-2221
Telephone: (801) 531-3000
Facsimile: (801) 531-3001
blattnerthompsone@ballardspahr.com
middletone@ballardspahr.com

*Attorneys for BioFire Diagnostics, LLC*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **ZAYNAB LEILANI,**<br><br>        **Plaintiff,**<br><br>v.<br><br>**BIOFIRE DIAGNOSTICS, INC.,**<br><br>        **Defendant.** | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**Case No.:  2:14-cv-00188-CW**<br><br>Judge Clark Waddoups<br>Magistrate Judge Evelyn J. Furse |

Upon consideration of Plaintiff Zaynab Leilani's and Defendant BioFire Diagnostics, Inc.'s Stipulation and Joint Motion for Dismissal with Prejudice:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above captioned matter is dismissed with prejudice.  Each party is to bear its own costs and fees.

DATED this 13th day of _____July_____, 2015.

BY THE COURT:

_____
Honorable Clark Waddoups
United States District Court Judge

APPROVED AS TO FORM:

/s/ Adam G. Clark
Andrew W. Stavros
Adam G. Clark
STAVROS LAW P.C.
Attorneys for Plaintiff
*(Signed by filing attorney with permission)*